174 So.2d 130

**Jacob LeDOUX**

v.

**WILLIAM T. BURTON COMPANY, Inc.**

No. 47696.

May 3, 1965.

In re: Jacob LeDoux applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 171 So.2d 795.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

174 So.2d 130

**McMILLEN FEEDER FINANCE CORPORATION**

v.

**C. R. THOMPSON et al.**

No. 47699.

May 3, 1965.

In re: C. R. Thompson applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Vernon. 171 So.2d 827.

Writ refused. There is no error of law in the judgment complained of.

174 So.2d 130

**Jessie GOLDEN**

v.

**STARNS–McCONNELL LUMBER CORPORATION.**

No. 47700.

May 3, 1965.

In re: Starns-McConnell Lumber Corporation applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Livingston. 172 So.2d 78.

The application is denied. There appears no error of law in the judgment complained of.

174 So.2d 130

**Jack ROGERS**

v.

**FIRST SEWERAGE DISTRICT OF the CITY OF LAKE CHARLES et al.**

No. 47705.

May 3, 1965.

In re: First Sewerage District of the City of Lake Charles and Dr. Thomas H. DeLaureal applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 171 So.2d 820.

Writ refused. On the facts found by the Court of Appeal the result is correct.